B6G (Official Form 6G) (12/07)

In re **Rodger Wayne Brown**　　　　　　　　　　　Case No.　**13-10182-RLJ-13**
　　　**Melanie Ann Brown**　　　　　　　　　　　　　　　　　　(if known)

## *AMENDED*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pawnee Leasing Corp.**<br>700 Centre Ave<br>Fort Collins, CO 80526 | Lease #329580<br>from 7/15/2012<br>programming<br>cutter<br>computer<br>computer stand<br>Contract to be ASSUMED |
| **Time Payment Copr.**<br>16 N.E. Executive Park #200<br>Burlington, MA 01803 | Lease<br>for 33 months June 2012<br>Computer<br>Cutter<br>Computer Stand<br>Contract to be REJECTED |

B6J (Official Form 6J) (12/07)

IN RE: **Rodger Wayne Brown**  
**Melanie Ann Brown**

Case No. **13-10182-RLJ-13**  
(if known)

## *AMENDED*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $660.00 |
|    a. Are real estate taxes included? ☐ Yes ☑ No | |
|    b. Is property insurance included? ☑ Yes ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $351.37 |
|            b. Water and sewer | $125.00 |
|            c. Telephone | $206.29 |
|            d. Other: Cable Service | $175.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $600.00 |
| 5. Clothing | $192.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $220.00 |
| 8. Transportation (not including car payments) | $517.15 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | $372.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | |
|        b. Life | |
|        c. Health | |
|        d. Auto | $246.00 |
|        e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $90.00 |
| Specify: Property Tax | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto: | |
|    b. Other: | |
|    c. Other: sons payment Pawnee Lease | $599.51 |
|    d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Vehicle Maintenance | $110.00 |
| 17.b. Other: Hair Cuts | $35.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,624.32** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $6,204.32 |
| b. Average monthly expenses from Line 18 above | $4,624.32 |
| c. Monthly net income (a. minus b.) | $1,580.00 |