

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 16, 2013**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(ABILENE DIVISION)

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-10182-rlj-13 |
| RODGER WAYNE BROWN and ) | |
| MELANIE ANN BROWN ) | |
|    Debtor(s) ) | |
| ) | |
| FIRST PRIORITY CREDIT UNION ) | |
|    Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| RODGER WAYNE BROWN and ) | |
| MELANIE ANN BROWN ) | |
|    Debtor(s)/Respondent(s) ) | |

## ORDER MODIFYING AUTOMATIC STAY

ON THIS DAY, the Motion for Relief from Automatic Stay brought on behalf of FIRST PRIORITY CREDIT UNION came before the Court for hearing and determination. Movant appeared by and through its attorney of record, announced that the Debtors did not oppose the requested relief and all other parties in interest, although properly notified of the Motion filed, made default. The Court is of the opinion that the relief requested in the Motion presented should be

granted and it is, therefore,

ORDERED, that the automatic stay in effect in this case be, and the same is hereby modified to permit FIRST PRIORITY CREDIT UNION to offset the shares and deposits in Account No. xxxx63; in the amount of $510.66 in subaccount 05; in the amount of $2,694.34 in subaccount 01 and in the amount of $200.00 in subaccount 13, with Movant, applying the proceeds to the loan balances secured thereby.

It is further ORDERED that the requirement under Bankruptcy Rule 4001(a)(3) is hereby waived and this Order may be enforced immediately upon entry.

All other relief requested, not specifically granted herein, is denied.

# # # End of Order  # # #

PREPARED BY:

BLALACK & WILLIAMS, P.C.
Sharon H. Sjostrom, ID #09836700
5550 LBJ Freeway, Ste. 400
Dallas, TX 75240
214/630-1916; 214/630-1112 (fax)
Attorneys for First Priority Credit Union